## MOTION DOCKET

97–568.   Am. Assn. of Univ. Professors, Cent. State Univ. Chapter v. Cent. State Univ. Greene App. No. 96CA21. On motion to submit briefs on remand from United States Supreme Court.

Motion granted.

On motion for admission *pro hac vice* of State Solicitor Edward B. Foley by Mark D. Tucker. Motion granted.